# EXHIBIT 1

C573071

IN THE CLEVELAND MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

ALLY FINANCIAL
C/O PO BOX 39696
SOLON, OH 44139

    Plaintiff,

  v.

EDWARD M. JONES,
4017 E 146TH ST

CLEVELAND, OH 44128

    Defendant(s).

\*Case No. 2014 CVF 002630

PRAECIPE

Please issue the motion to revive to the defendant(s) by certified mail and make notice hereof upon the docket of the Court.

SUBMITTED AND APPROVED BY:

_____
CLIFF BABCOCK (0043901)
Attorney for the Plaintiff
31500 Bainbridge Rd., Ste 100
P.O. Box 39696
Solon, Ohio 44139
(216) 367-7744
courtmail@reimerlaw.com

MP

C573071

IN THE CLEVELAND MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

ALLY FINANCIAL                          * Case No. 2014 CVF 002630
                                        *
              Plaintiff,                *
                                        *
     v.                                 *
                                        *
EDWARD M. JONES,                        *
                                        *   MOTION FOR REVIVOR
                                        *   O.R.C. 1907.49-51, 2325.15
                                        *
              Defendant(s).             *
                                        *

   A judgment was recovered against the above named debtor(s) on December 01, 2014.

   No execution has been issued on said judgment for five (5) years. The amount remaining due and unpaid on the judgment at the time it became dormant was $5462.22, plus court costs in the amount of $40.00 and accrued interest at the time of dormancy in the amount of .00. The judgment bears interest at the annual rate of .000 %.

   Wherefore, the above named Plaintiff prays that the judgment be revived in the above sum in the favor of the Plaintiff.

                                    CLIFF BABCOCK (0043901)
                                    Attorney for Plaintiff
                                    31500 Bainbridge Rd., Ste 100
                                    P.O. Box 39696
                                    Solon, Ohio 44139
                                    (216) 367-7744
                                    courtmail@reimerlaw.com

STATE OF OHIO            }
                         }  SS:                **AFFIDAVIT**
COUNTY OF CUYAHOGA       }

CLIFF BABCOCK (0043901) being first duly sworn and deposed, states that he is one of the attorneys for the plaintiff herein; that the facts and allegations contained in the foregoing Motion are true as he verily believes.

_____
CLIFF BABCOCK (0043901)

SWORN TO BEFORE ME and subscribed in my presence this 28th day of October ~~26~~, 2022.

Notary Public

KRISTA HIDEY
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
March 18, 2023

**SERVICE**

A copy of the forgoing Motion for Revivor was mailed by ordinary mail to the defendant(s) on this 28th day of October ~~26~~, 2022.

_____
CLIFF BABCOCK (0043901)
Attorney for the Plaintiff